```
                                                              FILED
                                                          08 NOV 26 AM 10:44
                                                       CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 04CR1981-WQH |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL |
| TOMAS VAZQUEZ-MORALES (2), ) | OF INDICTMENT AND RECALL ARREST WARRANT |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that in the interest of justice, the indictment in Criminal Case No. 04CR1981-WQH be dismissed, without prejudice, as to defendant Tomas Vazquez-Morales (2) only.

IT IS FURTHER ORDERED that the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: November 26, 2008.

_____
HONORABLE WILLIAM Q. HAYES
United States District Court Judge

Presented by:

KAREN P. HEWITT
United States Attorney

s/Robert C. Stuart
ROBERT C. STUART
Assistant U.S. Attorney